AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

JUN 2 0 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | )
|---|---|
| Gibson-Hawley | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17-CV-4346 (FB)(PK) |
| USA Mgmt. LLC | ) |
| *Defendant* | ) |

1:19-MI-0104

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/01/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __JUN 17 2019__

DOUGLAS C. PALMER

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIFFANY GIBSON-HAWLEY,                    JUDGMENT
                                                                  17-CV-4346 (FB) (PK)

                  Plaintiff,

-against-

USA MANAGEMENT LLC, JOHN WILLIAMS,
TROY LEGG, JOHN DOES 1-10, JANE DOES
1-10, and ABC CORPS. 1-10,

                  Defendants.
----------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 28, 2018, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated September 14, 2018, which recommended the following: that default judgment be entered against Defendant Legg, finding him liable for violations under the FLSA and NYLL, and Plaintiff be awarded damages in the total sum of $21,324.38 plus post-judgment interest, comprised of: (i) $1,977.80 in unpaid minimum wages; (ii) $30.94 in unpaid overtime compensation; (iii) $2,000 in statutory damages for the NYLL wage notice claim; (iv) $5,000 in statutory damages for the NYLL wage statement claim; (v) $2,008.74 in liquidated damages; (vi) $262.50 in pre-judgment interest, plus $0.50 per day from September 14, 2018 to the date of judgment; (vii) $9,525 in attorneys' fees; (viii) $519.40 in costs; (ix) Post-judgment interest as provided in 28 U.S.C. § 1961, to run from the date of judgment until the judgment is satisfied; and the Clerk of Court having calculated the additional pre-judgment interest at the rate of $0.50 per day from September 14, 2018 to the date of judgment, and the pre-judgment interest being $8.50; it is

A TRUE COPY
ATTEST
DATE October 1, 2018
DOUGLAS C. PALMER
CLERK
BY _____ DEPUTY CLERK

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff and against Defendant Legg in the total amount of $21,332.88, plus post-judgment interest as provided in 28 U.S.C. § 1961, to run from the date of judgment until the judgment is satisfied.

| | |
|---|---|
| Dated: Brooklyn, New York<br>October 1, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | by:  /s/ *Jalitza Poveda*<br>Deputy Clerk |